THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DAMETRIA NEVELS,<br><br>  Plaintiff,<br><br>v.<br><br>ROLLIN COOK, in his official and individual capacities; KENNETH SIO, in his official and individual capacities; and JOHN DOES 1-10,<br><br>  Defendants. | **ORDER ADOPTING [32] REPORT AND RECOMMENDATION AND ORDER OF DISMISSAL**<br><br>Case No. 1:19-cv-00058-DBB-CMR<br><br>District Judge David Barlow |

Before the court is the Report and Recommendation issued by Magistrate Judge Cecilia Romero on June 8, 2021.[1] For Plaintiff's failure comply with the court's orders and failure to prosecute this case, Judge Romero recommends that this case be dismissed without prejudice.[2] No party filed an objection and the time to do so has now passed.[3] Having independently reviewed the file and the Report and Recommendation, the court APPROVES AND ADOPTS Judge Romero's Report and Recommendation in its entirety. For the reasons stated in Judge Romero's Report and Recommendation, this case is DISMISSED WITHOUT PREJUDICE.

Signed June 30, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] Report and Recommendation, ECF No. 32.

[2] *Id.* at 3.

[3] Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."); ECF No. 32 at 3 (providing notice of the right to file an objection within 14 days).