THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DAMETRIA NEVELS,<br><br>    Plaintiff,<br><br>v.<br><br>ROLLIN COOK, in his official and individual capacities; KENNETH SIO, in his official and individual capacities; and JOHN DOES 1-10,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:19-cv-00058-DBB-CMR<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

    For the reasons stated in the court's June 30, 2021 Order Adopting Report and Recommendation and Order of Dismissal, this case is dismissed without prejudice. The Clerk of Court is directed to close this case.

    Signed June 30, 2021.

                                            BY THE COURT

                                            _____
                                            David Barlow
                                            United States District Judge